PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Randy Mena            Cr.: 23-00495-001
                                                                                                   PACTS #: 7614813

Name of Sentencing Judicial Officer:     THE HONORABLE GEORGETTE CASTNER
                                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/07/2023

Original Offense:     Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C felony

Original Sentence: Time Served, 3 years supervised release

Special Conditions: Drug Treatment, Substance Abuse Testing, Search/Seizure, Life Skills Counseling, Gang Associate/Member, Gang Restrictions, Place Restriction Area, Mental Health Treatment, Education/Training Requirements, Forfeiture

Type of Supervision: Supervised Release                   Date Supervision Commenced: 11/07/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Mena has violated the special supervision condition which states **'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'** |
| | Mr. Mena tested positive on November 7, 2023, for marijuana. He advised that it was "accidental," as he used a vape pen on November 6, 2023, and was unaware it had marijuana in it. |

U.S. Probation Officer Action:

Mr. Mena commenced his term of supervised release on November 7, 2023, after being sentenced by Your Honor on the same date. Mr. Mena was being supervised as a courtesy by the Southern District of Indiana during his time on pretrial and will return to that district now that he has been sentenced. At this juncture, it is respectfully requested that no action be taken by the Court, as once Mr. Mena returns to the Southern

Prob 12A – page 2
Randy Mena

District of Indiana, he will be tested regularly and likely referred to treatment if necessary. It should be noted that Mr. Mena was tested for the use of illicit substances while on pretrial and tested negative each time. The supervising officer in the Southern District of Illinois will update the court as needed regarding Mr. Mena's progress once transfer of jurisdiction is obtained. The undersigned officer and probation office requests that this document serve as an official judicial reprimand.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____   11/20/2023
STEVEN ALFREY                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time, This Notice Shall Serve as a Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/28/23
_____
Date